```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :
                                :   ORDER
        - v. -                  :
                                :   19 MAG 10987
VIRGIL GRIFFITH,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Kyle A. Wirshba;

It is found that the Complaint and other filings in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have the case unsealed, it is therefore

ORDERED that the Complaint and other filings in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         December 8, 2019

_____
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK