AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States  
*Plaintiff*

v.

Virgil Griffith  
*Defendant*

Case No. 19 Mag. 10987

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Virgil Griffith

Date: 12/26/2019

_____  
*Attorney's signature*

Sean S. Buckley  
*Printed name and bar number*

800 3rd Ave, New York, N.Y. 10022  
*Address*

sean.buckley@kobrekim.com  
*E-mail address*

212-488-1253  
*Telephone number*

_____  
*FAX number*